UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARTIROSYAN, | No. 2:23-cv-01382-DAD-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| ST. ANDRE, | |
| Defendant. | |

    Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. He seeks an extension of time to file an amended complaint. ECF No. 12. The motion is GRANTED, and plaintiff shall file the amended complaint on or before November 17, 2023.

    So ordered.

Dated: October 16, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE