UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARTIROSYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ST. ANDRE,<br><br>    Defendant. | No. 2:23-cv-01382-DAD-EFB (PC)<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. On September 20, 2023, the court dismissed plaintiff's first amended complaint with leave to amend. ECF No. 11. Plaintiff asked for, and was granted, an extension of time to file the second amended complaint. ECF No. 13. Plaintiff now requests a second extension of time to file the second amended complaint, due to filing obligations in other cases. ECF No. 14.

The court will grant the extension, but cautions plaintiff that no further extension will be granted absent extraordinary circumstances. Accordingly, it is hereby ORDERED that:

1. Plaintiff's November 20, 2023 motion for extension of time (ECF No. 14) is GRANTED;

/////

/////

/////

1

2. Plaintiff shall file his second amended complaint on or before January 26, 2024; and

3. Failure to comply with this order may result in dismissal of this action.

So ordered.

Dated: December 6, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE