UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARTIROSYAN, | No. 2:23-cv-01382-DAD-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He seeks an extension of time to file objections to the July 9, 2025 findings and recommendations (ECF No. 29). ECF No. 30.

The motion is GRANTED, and plaintiff shall file his objections, if any, on or before September 9, 2025.

So ordered.

Dated: August 20, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE